Opinion by OLIVER, C. J. In accordance with stipulation of counsel that certain items of the merchandise are similar in all material respects to the shells involved in Abstracts 55389 and 50357, the claim for free entry under paragraph 1738 was sustained. Other items stipulated to be the same as the articles involved in Abstract 52477 were held dutiable at 33⅓ percent under paragraph 412.

**No. 55897.**—Franam Corp. et al. *v.* United States, protests 130556–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55898.**—Burroughs Wellcome & Co., Inc. *v.* United States, protest 64426–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 55899.**—Burroughs Wellcome & Co., Inc. *v.* United States, protest 73164–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378). The claim at 10 percent under paragraph 34 was therefore sustained.

**No. 55900.**—Burroughs Wellcome & Co., Inc. *v.* United States, protest 75020–K (New York).